| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. **49D14 14 02 CT 005951** |

| GREGORY THOMAS, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| INDIANA OXYGEN COMPANY INC, | ) |
| | ) |
| Defendant. | ) |

**FILED**

(03) FEB 19 2014

Elizabeth f. White

CLERK OF THE MARION CIRCUIT COURT

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

Comes now Plaintiff, Gregory Thomas, and for his Complaint against Defendant, Indiana Oxygen Company Inc, alleges as follows:

### **Nature of the Case**

1.     This is an action at law and equity for damages by Plaintiff, Gregory Thomas (hereinafter "Thomas" or "Plaintiff"), against Defendant, Indiana Oxygen Company Inc (hereinafter "Indiana Oxygen" or "Defendant") for injury to his person, income, and property caused by the wrongful acts of Defendant.

2.     Plaintiff brings this action pursuant to the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §12101, *et seq.*, 104 Stat. 327 (1990) (Pub. L. 101-336), as amended by the ADA Amendments Act of 2008 (Pub. L. 110-325), and also pursuant to the Indiana common law doctrine of retaliatory discharge in violation of public policy, commonly referred to as the *Frampton* exception to the at-will doctrine.

**EXHIBIT**

**A**

3.      Because Defendant's actions against Thomas were taken with actual malice and/or reckless indifference to Thomas' federally protected rights, Defendant is subject to an award of punitive damages pursuant to 42 U.S.C. §1981a(b)(1).

### Jurisdiction

4.      At all relevant times Plaintiff performed work for Defendant within Marion County, and Defendant routinely conducts business in Marion County, Indiana.  All the events giving rise to this cause of action occurred within or related to the employment relationship between Plaintiff and Defendant.

### Parties

5.      Plaintiff, Gregory Thomas, was at all times relevant to this suit a citizen of the State of Indiana and resided at 3162 Buckmoor Ct., Greenwood, Indiana 46143.

6.      Defendant, Indiana Oxygen, conducts business in the State of Indiana, including Marion County, and at all relevant times maintained its offices at 6099 W. Corporate Way, P.O. Box 78588, Indianapolis, IN 46278.  Defendant is a for-profit domestic corporation incorporated in the State of Indiana, and its corporate address is listed with the Indiana Secretary of State's office as above.  Defendant's registered agent for service of process in Walter L. Brant, at the same corporate address.

### Factual Allegations

7.      At all times relevant to this Complaint, Plaintiff was an "employee" of Indiana Oxygen within the meaning of the ADA.

8.      At all times relevant to this Complaint, Indiana Oxygen was an "employer" within the meaning of the ADA.

2

9.     At all times relevant to this Complaint, Thomas' work performance met or exceeded Defendant's legitimate expectations.

10.     Indiana Oxygen effectively terminated Thomas' employment within weeks after Plaintiff suffered a significant work-related injury.

11.     Prior to terminating his employment, Indiana Oxygen refused to even consider or to talk to Plaintiff regarding his request for a reasonable accommodation for the disability caused by the work-related injury.

12.     At the time it terminated Plaintiff, Indiana Oxygen had a history, and/or a policy, of refusing to engage in the interactive process with, and refusing to accommodate, employees who had any work restrictions or limitations.

13.     Plaintiff was, at all relevant times, a qualified individual with a disability within the meaning of the ADA, in that Plaintiff was capable of performing the essential functions of his job with our without an accommodation.

14.     Defendant discriminated against Plaintiff because of his disability, because it regarded him as disabled, and/or because Plaintiff had a record of having a disability.

15.     Plaintiff was, in fact, denied an accommodation by Defendant.

16.     Plaintiff timely filed a Charge of Discrimination against Indiana Oxygen with the U.S. Equal Employment Opportunity Commission ("EEOC").  The Charge generally included allegations of discrimination and retaliation in violation of the ADA.

17.     Thomas has received a Notice of Right to Sue from the EEOC.  This Complaint is timely filed.

18.     As a direct and proximate result of Indiana Oxygen's unlawful, malicious, willful, retaliatory and discriminatory actions, Thomas has suffered lost wages, salary, employment benefits, related financial losses, physical pain and suffering, and emotional distress.

## Count I:  Discrimination in Violation of ADA

19.     The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

20.     At all times relevant Thomas was a qualified individual with a disability within the meaning of the ADA; Indiana Oxygen regarded Thomas as disabled; and, Thomas had a record of having an impairment that substantially limited one or more of his major life activities, of which Indiana Oxygen was aware.

21.     Indiana Oxygen failed and refused to engage in the interactive process with Thomas, failed to make or even consider reasonable accommodations for him, and ultimately terminated his employment because of his disability or perceived disability.

22.     Thomas was at all relevant times capable of performing the essential functions of his position with Indiana Oxygen with or without accommodation.

23.     As a result of Indiana Oxygen's wrongful, intentional, willful and wanton actions and omissions described herein, Thomas has suffered loss of income and benefits, severe emotional distress, and other significant injury to both his property and his person.

## Count II:  Retaliation in Violation of ADA

24.     The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

25.     Plaintiff engaged in conduct protected by the anti-retaliation provisions of the ADA codified at 42 U.S.C. §12203.

26.    Defendant retaliated against Plaintiff for having engaged in protected conduct, including, without limitation, for his having sought accommodation for his known disabilities or for otherwise having exercised his rights under the ADA.

27.    As a result of Indiana Oxygen's wrongful, intentional, willful and wanton actions and omissions described herein, Thomas has suffered loss of income and benefits, severe emotional distress, and other significant injury to both his property and his person.

### Count III:  Retaliatory Discharge in Violation of Public Policy

28.    The other paragraphs of this Complaint are incorporated herein by reference as if fully set forth here.

29.    Indiana Oxygen retaliated against Thomas because he exercised or attempted to exercise his rights pursuant to Indiana's worker's compensation laws, and/or to prevent Thomas from exercising such rights in the future.

30.    As a result of Indiana Oxygen's wrongful, intentional, willful and wanton actions and omissions described herein, Thomas has suffered loss of income and benefits, severe emotional distress, and other significant injury to both his property and his person.

### Relief Requested

WHEREFORE, Plaintiff, by counsel, respectfully requests the following relief:

A.    Special damages, including, but not limited to, wages, salary, employment benefits, and other compensation denied or lost due to Defendant's above-described actions;

B.    Interest on the amount awarded as special damages calculated at the prevailing rate, including both pre- and post-judgment interest where appropriate;

C.    Compensatory damages;

D.    Punitive damages;

E. Damages to compensate Thomas for mental anguish and emotional distress;

F. Reasonable attorneys' fees, expert witness fees, and other costs of this action; and

G. All other just and proper relief to which Plaintiff is entitled.

Respectfully submitted this 19th day of February, 2014.

By _____

Michael L. Schultz (20361-49)
PARR RICHEY OBREMSKEY FRANDSEN
& PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN 46204
Telephone: (317) 269-2500
Facsimile: (317) 269-2514
E-mail: mschultz@parrlaw.com

Attorneys for Plaintiff, Gregory Thomas

## DEMAND FOR JURY TRIAL

Plaintiff, Gregory Thomas, by his undersigned counsel, hereby requests a trial by jury

pursuant to Rule 38 of the Indiana Rules of Trial Procedure.

_____
Michael L. Schultz

538030

STATE OF INDIANA    )    IN THE MARION CIRCUIT/SUPERIOR COURT
           ) SS:
COUNTY OF MARION    )    CAUSE NO. **49D14 14 02 CT 005951**

GREGORY THOMAS,    )
           )
    Plaintiff,    )
           )
    v.    )
           )
INDIANA OXYGEN COMPANY INC,    )
           )
    Defendant.    )

### SUMMONS

TO DEFENDANT:    Indiana Oxygen Company, Inc.
           Walter L. Brant, Registered Agent
           6099 Corporate Way
           Indianapolis, IN  46278

      You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated _____ _Elizabeth E. White_____ Clerk, Marion County Circuit & Superior Courts
                        CLERK OF THE MARION CIRCUIT COURT

**Attorney for Plaintiff(s):**    FEB 19 2014    **Clerk Information:**

Michael L. Schultz (20361-49)    W122 City-County Building
PARR RICHEY OBREMSKEY FRANDSEN    200 E. Washington Street
  & PATTERSON LLP    Indianapolis, IN  46204
201 N. Illinois Street, Suite 300
Indianapolis, IN  46204
Telephone:    (317) 269-2500
Facsimile:    (317) 269-2514

**The following manner of service of Summons is hereby designated:**

    __X__    Registered or Certified Mail
    _____    Service on individual at above address: County _____

_____  **Service on agent: (specify)** _____
_____  **Service by Publication**

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2014 I mailed a copy of this Summons and a copy of the Complaint to the Defendant, Indiana Oxygen Company Inc., by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

Dated   _____          _____
                                    Clerk, Marion County Circuit & Superior Courts

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the Complaint mailed to the Defendant, was accepted on the _____ day of _____ 2014.

I hereby certify that the attached return receipt was received by me on the _____ day of _____ 2014, showing that the summons and a copy of the Complaint was returned not accepted.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to the Defendant, was accepted by _____ (age) _____ on behalf of said Defendant on the _____ day of _____ 2014.

                                    _____
                                    Clerk, Marion County Circuit & Superior Courts

## SERVICE ACKNOWLEDGED

A copy of the within Summons and a copy of the Complaint attached thereto were received by me at _____.

Dated _____          _____
                                    Signature of Defendant

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1) By delivering a copy of the Summons and a copy of the Complaint to the Defendant on the _____ day of _____ 2014.

(2) By leaving a copy of the Summons and a copy of the Complaint:
    a) at the dwelling place or usual place of abode of the Defendant
    b) with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant, by first class mail, to the address listed on the Summons, the last known address of the Defendant.

                                    _____
                                    Sheriff of _____ County, Indiana
                                    By: _____

538394

2

Page 1 of 1



**US POSTAGE PAID**
**Pitney Bowes**
**ComBasPrice**
024P0007631493

03/04/2014
From 46204
0 lbs 6 ozs



## USPS FIRST-CLASS™ PKG

Marion County Clerk's Office
200 E Washington Street W-122
INDIANAPOLIS IN 46204

0000

C062

INDIANA OXYGEN CO. INC
Walter L. Brandt, Ra
6099 Corporate Way
Indianapolis IN 46278-2923

**USPS SIGNATURE TRACKING #**

9402 1096 9993 9711 0223 99

Cut on dotted line



Received 3/7/2014

J.S.
3/7/2014  Called Post Office for a
copy of Receipt + P.O. refused
saying it was "their copy for
their records."

STATE OF INDIANA      )    IN THE MARION CIRCUIT/SUPERIOR COURT

                             ) SS:

COUNTY OF MARION    )    CAUSE NO. **49D14 14 02 CT 005951**

GREGORY THOMAS,        )

                           )

        Plaintiff,      )

                           )    **FILED**

      v.                 )

                           )  (93)  FEB 19 2014

INDIANA OXYGEN COMPANY INC,  )

                           )  *Elizabeth A. White*

        Defendant.     )  CLERK OF THE MARION CIRCUIT COURT

## <u>APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

### Party Classification:  Initiating

1.    The undersigned attorney and all attorneys listed on this form now appear in this case for the following party:

            Plaintiff Gregory Thomas

2.    Applicable attorney information for service as required by Ind. Trial Rule 5(B)(2) and for case information as required by T.R. 3.1 and T.R. 77(B):

            Michael L. Schultz (20361-49)
            PARR RICHEY OBREMSKEY FRANDSEN
               & PATTERSON LLP
            201 N. Illinois Street, Suite 300
            Indianapolis, IN 46204
            Telephone:   (317) 269-2500
            Facsimile:    (317) 269-2514
            E-mail:       mschultz@parrlaw.com

3.    All parties known to Plaintiff are shown in the caption above.

4.    Case Type:   CT

5.    I **will not** accept service by fax at the above number.

6.    This case does not involve support issues.

7.    To my knowledge, there are no related cases.

8.      Counsel is aware of no other information required by local rule.

Respectfully submitted,

By_____

Michael L. Schultz (20361-49)
PARR RICHEY OBREMSKEY FRANDSEN
    & PATTERSON LLP
201 N. Illinois Street, Suite 300
Indianapolis, IN  46204
Telephone:     (317) 269-2500
Facsimile:      (317) 269-2514
E-mail:         mschultz@parrlaw.com

Attorneys for Plaintiff, Gregory Thomas

538389

2