**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| GREGORY THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No.:  1:14-cv-00476-JMS-DKL |
| | ) |
| INDIANA OXYGEN COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

Dismissal acknowledged.
JMS, DJ 2-11-2015

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned, being all parties who have appeared in the above-captioned action, hereby stipulate to the dismissal of this action with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: February 10, 2015

*s/ Michael L. Schultz*
Michael L. Schultz
(By David J. Pryzbylski; pursuant to L.R. 5-7(e), Mr. Schultz consented to his signature hereon via e-mail on February 10, 2015)
**PARR RICHEY OBREMSKEY FRANDSEN & PATTERSON LLP**
201 North Illinois Street, Suite 300
Indianapolis, Indiana  46204
Telephone: (317) 269-2500
Facsimile: (317) 269-2514
E-mail: mschultz@parrlaw.com

Attorney for Plaintiff